Joseph S. SOLARSKY, Sr., Appellant,

v.

COMMISSIONERS AND PARK BOARD OF BUCKS COUNTY, PENNSYLVANIA.

No. 15504.

United States Court of Appeals Third Circuit.

Submitted Jan. 17, 1966.

Decided Feb. 10, 1966.

Joseph S. Solarsky, Sr., pro se.

Arthur B. Walsh, Jr., Langhorne, Pa. (Walsh & Durben, Langhorne, Pa., on the brief), for appellees.

Before KALODNER, Chief Judge, and McLAUGHLIN and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Judgment of the District Court will be affirmed for the reasons so well stated in the Opinion of Judge Kirkpatrick filed May 27, 1965, 250 F.Supp. 871.

SINCLAIR REFINING COMPANY et al., Appellants,

v.

William A. JACOB, Trustee of J. A. Lanehart Construction Co., Bankrupt, Appellee.

No. 22397.

United States Court of Appeals Fifth Circuit.

Feb. 10, 1966.

C. Parkhill Mays, Jr., Lakeland, Fla., L. Robert Frank, Tampa, Fla., Holland, Bevis, Smith, Kibler & Hall, Bartow, Fla., Allen, Dell, Frank & Trinkle, Tampa, Fla., for appellants.

Lewis H. Hill, III, of Hill, Hill & Dickenson, Tampa, Fla., for appellee.

Before JONES and BROWN, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

The principles controlling the disposition of this appeal are set forth in the opinion in the recent case of Willard v. Petruska, 5th Cir. 1966, 356 F.2d 422. The factual differences between that case and the case before us are not such as require a different result. Following the precedent there announced, the judgment of the district court from which this appeal is taken should be and it is hereby

Reversed and remanded.